UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  25-61776-CIV-DAMIAN

**J.B.,** *as Jane Doe*,

     Plaintiff,

v.

**GERRY'S FERRY,** *et al.*,

     Defendants.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record.

On February 5, 2026, this Court entered an Order Granting Motion to Withdraw as Counsel [("February 5 Order") ECF No. 35], requiring Plaintiff to either (a) retain new counsel or (b) file a Notice of Intent to Proceed *Pro Se* by April 6, 2026. *See id.* at 2; ECF No. 36. Plaintiff has been warned that "[f]ailure . . . to comply with [the February 5 Order] may result in the dismissal of this action without further notice." Feb. 5 Order at 3. Yet Plaintiff has not filed anything on the docket to indicate that she is attempting to comply with this Court's prior Order, nor has Plaintiff requested an extension of time to comply.

A district court may dismiss a plaintiff's claims *sua sponte* pursuant to either Federal Rule of Civil Procedure 41(b) or the court's inherent authority to manage its docket. *Coleman v. St. Lucie Cty. Jail*, 433 F. App'x 716, 718 (11th Cir. 2011) (citing Fed. R. Civ. P. 41(b) and *Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1337 (11th Cir. 2005)).

Rule 41(b) provides for the involuntary dismissal of a plaintiff's claims where she has, *inter alia*, failed to prosecute those claims or failed to follow a court order. *Id.*; *see Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir.

2009) ("The court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order."). Additionally, a district court's "power to dismiss is an inherent aspect of its authority to enforce its orders and ensure prompt disposition of lawsuits." *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (quoting *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983)).

Here, Plaintiff has failed to comply with this Court's prior Order and it is unclear if she intends to prosecute this lawsuit at all, considering that she has not retained new counsel or filed an Intent to Proceed *Pro Se*. It is, therefore

**ORDERED AND ADJUDGED** that **no later than April 21, 2026,** Plaintiff **SHALL COMPLY** with this Court's Orders discussed above. Failure to comply will result in the dismissal of this action without further notice.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 13th day of April, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

CC:   Counsel of Record

J.B. as Jane Doe, ***Pro Se***
2420 SE 17th St.
Apt. c202
Ft. Lauderdale, FL 33316

2